No. 04-01-00287-CV



IN THE INTEREST OF J.A.S. 



From the 131st Judicial District Court, Bexar County, Texas


Trial Court No. 1999-PA-01054


Honorable Frank Montalvo, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: August 29, 2001


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed motions to dismiss this appeal. We grant the motion. See Tex. R. App. P.
42.1(a)(2). We order all costs assessed against appellant Kathleen M. Segovia. 

 

 PER CURIAM

DO NOT PUBLISH